UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:18 CR 774 CDP |
| | ) | |
| CARMAN FORD, | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on defendant Carman Ford's Motion to Suppress Evidence and Statements [28].

All pretrial motions were referred to United States Magistrate Noelle Collins under 28 U.S.C. § 636(b). Judge Collins considered the motion based on the written record and her May 7, 2019 evidentiary hearing. She then filed a Report and Recommendation on the motion and recommended that it be denied. No party has objected to the recommended disposition of the motion. As there are no objections to Judge Collins' recommendation, I will adopt and sustain the thorough reasoning of Magistrate Judge Collins and will deny the motion to Suppress Statements.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [49] is **SUSTAINED, ADOPTED, and INCORPORATED** herein.

**IT IS FURTHER ORDERED** that defendant Carman Ford's Motion to Suppress Evidence and Statements [28] is **DENIED.**

**IT IS FURTHER ORDERED** that the possible change of plea in is matter remains set for **Tuesday, September 17, 2019 at 2:30 p.m.** in Courtroom 14-South.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 12th day of September, 2019.